269 So.2d 814

**STATE of Louisiana**

**v.**

**Henry A. HAYES and Ronald E. Freeman.**

**No. 52821.**

Nov. 28, 1972.

269 So.2d 815

**STATE of Louisiana**

v.

**Douglas C. SCHMIDT and Ralph G. Schmidt.**

**No. 52706.**

Nov. 28, 1972.

Murphy W. Bell, Baton Rouge, for defendants-appellants.

William J. Guste, Jr., Atty. Gen., Harry H. Howard, Asst. Atty. Gen., Sargent Pitcher, Jr., Dist. Atty., Alton T. Moran, Asst. Dist. Atty., for plaintiff-appellee.

## PER CURIAM.

Defendants, Ronald E. Freeman and Henry A. Hayes, were tried by a jury and found guilty of the crime of simple burglary, La.R.S. 14:62, for which they each received the sentence of three years in the State Penitentiary. On this appeal, the defendants rely on a single bill of exceptions taken to the trial court's overruling a motion for a directed verdict to obtain a reversal of their convictions and sentences.

We have held that our State Constitution prevents consideration of such a motion for a directed verdict. La.Const. Art. 19, Sec. 9; State v. Williams, 258 La. 801, 248 So.2d 295 (1971). We find no error.

The convictions and sentences are affirmed.

John J. Dolan, Peter J. Compagno, New Orleans, for defendants-appellants.

William J. Guste, Jr., Atty. Gen., Harry H. Howard, Asst. Atty. Gen., Jim Garrison, Dist. Atty., Louise Korns, Asst. Dist. Atty., for plaintiff-appellee.

## PER CURIAM.

The defendants were tried by a jury and found guilty of simple burglary (La.R.S.